RECEIVED
IN MONROE, LA

JUL 1 9 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

DEWAYNE MIDDLETON              CIVIL ACTION NO. 07-0706
LA. DOC. #116831

VERSUS                         JUDGE ROBERT G. JAMES

WARDEN BURL CAIN               MAG. JUDGE KAREN L. HAYES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc.

No. 6], determining that the findings are correct under the applicable law, with the exception of

the one clarification noted in this Court's ruling, and further noting the absence of objections to

the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for writ of habeas

corpus be DISMISSED WITHOUT PREJUDICE because it constitutes a second and successive

habeas corpus petition within the meaning of 28 U .S.C. § 2244(b) filed without prior

authorization of the United States Fifth Circuit Court of Appeals.

MONROE, LOUISIANA, this ___18___ day of _____July_____, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE